IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 13-cv-00154-CMA-CBS

TIMOTHY BRANSTETTER,

    Plaintiff,

v.

REDLINE RECOVERY SERVICES, LLC, a Georgia limited liability company,

    Defendant.

---

## ORDER TO ENTER JUDGMENT

---

This matter is before the Court on the Unopposed Motion for Entry of Judgment (Doc. # 12) in favor of the Plaintiff and against the Defendant.  The Court having reviewed the pleading and being fully advised in the premises, it is ORDERED as follows:

    1.    The Unopposed Motion for Entry of Judgment (Doc. # 12) in favor of the Plaintiff and against the Defendant is GRANTED.

    2.    Judgment shall enter for Plaintiff Timothy Branstetter and against Defendant Redline Recovery Services, LLC, in the amount of $4,500.00, said amount to be inclusive of Plaintiff's costs and reasonable attorney fees to date, plus post-judgment interest.

3.     The Clerk of the Court is directed to enter Judgment for Plaintiff Timothy Branstetter and against Defendant Redline Recovery Services, LLC, in the amount of $4,500.00; said amount is inclusive of Plaintiff's costs and reasonable attorney fees to date, plus post-judgment interest.

DATED:  April   24  , 2013

BY THE COURT:

*/s/ Christine M. Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge