**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-000154-CMA-CBS

TIMOTHY BRANSTETTER,

    Plaintiff,

v.

REDLINE RECOVERY SERVICES, LLC, a Georgia limited liability company,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order to Enter Judgment of Judge Christine M. Arguello entered on April 24, 2013, granting the Unopposed Motion for Entry of Judgment (Docket No. 12), it is

    ORDERED that judgment is hereby entered for Plaintiff Timothy Branstetter and against Defendant Redline Recovery Services, LLC in the amount of $4,500.00, said amount inclusive of Plaintiff's costs and reasonable attorney's fees to date. It is

    FURTHER ORDERED that post-judgment interest shall accrue at the rate of <u>0.12</u>% from the date of entry of Judgment.

    Dated at Denver, Colorado this 24th day of April, 2013.

                                                    FOR THE COURT:
                                                    JEFFREY P. COLWELL, CLERK

                                                    By: s/Edward P. Butler
                                                    Edward P. Butler, Deputy Clerk